UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BAYVIEW LOAN SERVICING, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PLEASANT VALLEY I HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | 2:17-cv-00454-JAD-CWH<br><br>ORDER |

Presently before the court is attorney Michael M. DeLee's motion to withdraw as attorney for Defendant Zachary Wagner (ECF No. 21), filed on August 31, 2017.

IT IS ORDERED that a hearing on the motion is set for Tuesday, September 26, 2017, at 1:30 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Defendant Zachary Wagner must attend the hearing.

IT IS FURTHER ORDERED that Defendant Zachary Wagner's attorney must serve a copy of this order on Defendant and file proof of that service by September 15, 2017.

DATED: September 11, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge