**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
E-mail: sanderson@lkglawfirm.com
RYAN W. REED
Nevada Bar No. 11695
E-mail: rreed@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Defendant Pleasant Valley
I Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PLEASANT VALLEY I HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC; WESTERN SIGN & FLAG; ARYEH HONIG; FREDA L. HONIG; and ZACHARY WAGNER, an individual,<br><br>Defendants. | Case No.: 2:17-cv-00454-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLEASANT VALLEY I HOMEOWNERS' ASSOCIATION TO FILE A RESPONSIVE PLEADING**<br>**[First Request]** |

Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation ("Plaintiffs") and Defendant Pleasant Valley I Homeowners Association ("Association"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Pursuant to this Court's Order Staying Case and Denying Motion without Prejudice [ECF 12], the Association is required to file a responsive pleading on or before May 13, 2019.

2. The stay in this matter was lifted on April 23, 2019 [ECF 32].

3. Pursuant to the Court's order lifting stay, the parties are required to meet and confer by no later than May 24, 2019, at which time the parties will discuss among other things, the "issues that the parties intend to raise in any dispositive motion." ECF 32.

4. The meet and confer will be held on May 23, 2019.

In light of the foregoing, Plaintiffs and the Association by and through their counsel hereby agree and stipulate to allow the Association an extension of time to file its Response to Complaint until after the required meet and confer on May 23, 2019. The Association shall have up to and including May 31, 2019, to file its Response.

This is the parties' first request and is not intended for the purposes of prejudice or delay.

DATED this 13 day of May, 2019.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| */s/ Natalie L. Winslow*<br>Darren T. Brenner<br>Nevada Bar No. 8386<br>Natalie L. Winslow<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Counsel for Plaintiffs* | */s/ Ryan W. Reed*<br>Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan W. Reed<br>Nevada Bar No. 11695<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Pleasant Valley I Homeowners' Association* |
| DEMPSEY, ROBERTS & SMITH, LTD.<br><br>*/s/ David Krawczyk*<br>Kenneth M. Roberts<br>Nevada Bar No. 4729<br>David E. Krawczyk<br>Nevada Bar No. 12423<br>1130 Wigwam Parkway<br>Henderson, Nevada 89074<br>*Counsel for Freda L. Honig* | |

**ORDER**

IT IS SO ORDERED.

Dated: May 14, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

-2-