UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BAYVIEW LOAN SERVICING, INC., et al., | |
| Plaintiffs, | Case No. 2:17-cv-00454-JAD-DJA |
| vs. | <u>ORDER</u> |
| PLEASANT VALLEY I HOMEOWNERS ASSOCIATION, et al., | |
| Defendants. | |

Presently before the Court is Morris Law Center's Motion to Withdraw as Attorney for Defendant Zachary Wagner (ECF No. 64), filed on October 16, 2017.

Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Counsel indicates that Defendant has requested that the Morris Law Center cease representing him and has stopped making payments of money to the firm. The Court will require that Defendant Zachary Wagner notify the Court by October 31, 2019 as to his intent to proceed pro se or with other representation. Filing a notice of new counsel on or before October 31, 2019 is sufficient to comply with the Court's order. Failure to do so may result in dispositive sanctions.

**IT IS HEREBY ORDERED** that Defense Counsel Morris Law Center's Motion to Withdraw as Attorney for Defendant Zachary Wagner (ECF No. 64) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Zachary Wagner shall notify the Court as to whether he intends to proceed pro se or retain counsel by **November 4, 2019**. Failure to notify the Court as to his representation status may subject him to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant to the civil docket and send a copy of this Order to Defendant's last known address:

Zachary Wagner

1730 N. Leslie Street, Pahrump, NV 89060

702-415-3496

iggywagner@ymail.com

DATED: October 21, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge