DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PLEASANT VALLEY I HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC; WESTERN SIGN & FLAG; ARYEH HONIG; FREDA L. HONIG; and ZACHARY WAGNER, an individual,<br><br>Defendants. | Case No.: 2:17-cv-00454-JAD-DJA<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO DEFENDANT PLEASANT VALLEY I HOMEOWNERS ASSOCIATION**<br>**AND ORDER DIRECTING REMAINING PARTIES TO FILE A STATUS UPDATE BY 1-17-20**<br><br>**ECF Nos. 70, 71, 72** |
| FREDA L. HONIG,<br><br>Crossclaimant,<br><br>vs.<br><br>PLEASANT VALLEY I HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC; ARYEH HONIG; ZACHARY WAGNER, an individual,<br><br>Crossdefendants. | |

51247929;1

|   |   |
|---|---|
| 1 | ZACHARY WAGNER, |
| 2 | Counterclaimant, |
| 3 | vs. |
| 4 | BAYVIEW LOAN SERVICING, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, |
| 5 |  |
| 6 | Counterdefendants. |

PLEASE TAKE NOTE that Bayview Loan Servicing, LLC (**Bayview**) and Federal Home Loan Mortgage Corporation (**Freddie Mac**) (collectively **plaintiffs**), and Pleasant Valley I Homeowners Association (**Pleasant Valley**), by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed in accordance with Fed. R. Civ. P. 41(a)(2) as to, and only as to, plaintiffs' claims against Pleasant Valley. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 3rd day of January, 2020.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Ryan W. Reed* |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>2901 El Camino Avenue, Suite 200<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation* | RYAN W. REED, ESQ.<br>Nevada Bar No. 11695<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Pleasant Valley I Homeowners Association* |

## **ORDER**

Based on the stipulation between plaintiffs and the HOA **[ECF No. 72]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Pleasant Valley I Homeowners Association are DISMISSED**, each side to bear its own fees and costs. Pleasant Valley's motion to dismiss or for summary judgment **[ECF Nos. 70, 71] is DENIED** as moot.

**IT IS FURTHER ORDERED that all remaining parties must file a status report by January 17, 2020, advising the court of what claims remain pending and how the parties intend to proceed.**



U.S. District Judge 1-3-20