1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  JAMIE K. COMBS, ESQ.
   Nevada Bar No. 13088
4  AKERMAN LLP
   1635 Village Center Circle, Suite 200
5  Las Vegas, NV 89134
   Telephone: (702) 634-5000
6  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
7  Email: natalie.winslow@akerman.com
   Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC
And Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>PLEASANT VALLEY I HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC; WESTERN SIGN & FLAG; ARYEH HONIG; FREDA L. HONIG; and ZACHARY WAGNER, an individual,<br><br>    Defendants. | Case No.: 2:17-cv-00454-JAD-DJA<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST FREDA L. HONIG**<br><br>ECF No. 80 |
| FREDA L. HONIG,<br><br>    Crossclaimant,<br><br>v.<br><br>PLEASANT VALLEY I HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC; ARYEH HONIG; ZACHARY WAGNER, an individual,<br><br>    Crossdefendants. | |

ZACHARY WAGNER,

    Counterclaimant,

v.

BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,

    Counterdefndants.

PLEASE TAKE NOTE that Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation (**Plaintiffs**) and Freda L. Honig (**Honig**), by and through their respective counsel of record, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to, and only as to, Honig. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 20th day of March, 2020.

| **AKERMAN LLP** | **DEMPSEY, ROBERTS & SMITH, LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ David E. Krawczyk* |
| DARREN T. BRENNER, ESQ. | DAVID E. KRAWCZYK, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 12423 |
| NATALIE L. WINSLOW, ESQ. | KENNETH M. ROBERTS, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 4729 |
| JAMIE K. COMBS, ESQ. | 1130 Wigwam Parkway |
| Nevada Bar No. 130881635 Village Center Circle, Suite 200 | Henderson, NV 89074 |
| Las Vegas, NV 89134 | *Attorneys for Freda L. Honig* |
| *Attorneys for Bayview Loan Servicing, LLC And Federal Home Loan Mortgage Corporation* | |

## ORDER

Based on the stipulation between Bayview Loan Servicing, LLC, Federal Home Loan Mortgage Corporation, and Freda L. Honig **[ECF No. 80]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that Bayview Loan Servicing, LLC, Federal Home Loan Mortgage Corporation's claims against Freda Honig are DISMISSED with prejudice, each side to bear its own fees and costs. **Freda Honig has until April 10, 2020, to dismiss her remaining crossclaims against Hampton & Hampton Collections, LLC and Zachary Wagner or notify the court how she intends to proceed with those claims. If no notice is provided by that deadline, the court will consider these claims abandoned and close this case.**

                                                _____
                                                U.S. District Judge Jennifer Dorsey
                                                Dated: April 3, 2020

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572