DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bayview Loan Servicing, LLC
And Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>PLEASANT VALLEY I HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC; WESTERN SIGN & FLAG; ARYEH HONIG; FREDA L. HONIG; and ZACHARY WAGNER, an individual,<br><br>    Defendants. | Case No.: 2:17-cv-00454-JAD-DJA<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS BETWEEN BAYVIEW LOAN SERVICING, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION AND ZACHARY WAGNER**<br><br>ECF No. 81 |
| FREDA L. HONIG,<br><br>    Crossclaimant,<br><br>v.<br><br>PLEASANT VALLEY I HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS, LLC; ARYEH HONIG; ZACHARY WAGNER, an individual,<br><br>    Crossdefendants. | |

ZACHARY WAGNER,

    Counterclaimant,

v.

BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,

    Counterdefndants.

Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation (**Plaintiffs**), by and through their counsel of record, and Zachary Wagner, appearing in proper person, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to all claims between Plaintiffs and Wagner. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 31st day of March, 2020.

| **AKERMAN LLP** | **ZACHARY WAGNER** |
|---|---|
| /s/ *Jamie K. Combs* | /s/ |
| DARREN T. BRENNER, ESQ. | ZACHARY WAGNER |
| Nevada Bar No. 8386 | 1730 N. Leslie St. |
| JAMIE K. COMBS, ESQ. | Pahrump, Nevada 89060 |
| Nevada Bar No. 130881635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *In proper person* |
| *Attorneys for Bayview Loan Servicing, LLC And Federal Home Loan Mortgage Corporation* | |

## **ORDER**

Based on the stipulation between Bayview Loan Servicing, LLC, Federal Homes Loan Mortgage Corporation, and Zachary Wagner **[ECF No. 81]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS by and between these parties are DISMISSED with prejudice, each side to bear its own fees and costs. **The plaintiffs have until April 10, 2020, to dismiss their remaining claims against Hampton & Hampton Collections, LLC and Western Sign & Flag or notify the court how it intends to proceed with those claims. If no notice is provided by that deadline, the court will consider these claims abandoned and close this case.**

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey
                                                Dated: April 3, 2020